IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CORRY A. DAWKINS,**

    Plaintiff,

v.                                             Civil Action No.  **3:23CV369 (RCY)**

**DOC EMPLOYEE,**

    Defendant.

**MEMORANDUM OPINION**

    Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action.  In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States.  *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983).  Plaintiff's current allegations failed to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests.  Accordingly, by Memorandum Order entered on September 14, 2023, the Court directed Plaintiff to submit a particularized complaint within thirty (30) days of the date of entry thereof.  The Court warned Plaintiff that the failure to submit a particularized complaint would result in the dismissal of the action.

    More than thirty (30) days have elapsed since the entry of the September 14, 2023 Memorandum Order and Plaintiff has failed to submit a particularized complaint.  Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Final Order will accompany this Memorandum Opinion.

                                                /s/
                                    Roderick C. Young
                                    United States District Judge

Date: October 26, 2023
Richmond, Virginia